PRESTON HENDRICKSON *v.* BELL COUNTY COURT.

[Abstract Kentucky Law Reporter, Vol. 7—660.]

**Dismissal of Appeal.**

There is no law authorizing an appeal from the county court to the Court of Appeals. It follows that this appeal should be dismissed.

APPEAL FROM BELL CIRCUIT COURT.

March 20, 1886.

OPINION BY JUDGE PRYOR:

The appellant, Preston Hendrickson, made application to the county judge of Bell county to grant him license to keep a tavern, with the privilege of retailing spirituous liquors. The application was refused on the ground that a legislative enactment, applicable to Bell and some adjoining counties, prohibited the sale of spirituous liquors within those counties. We find no law authorizing an appeal from the county court to this court upon such a question.

The appeal may be taken to the circuit court, and there the facts may be agreed, as provided by the code, with a view of bringing the case to this court.

The appeal is therefore *dismissed.*

*Leonard Farmer, for appellant.*

*Jno. Goodin, for appellee.*